IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**NELSON ACEVEDO-CRUZ,**<br>Defendants. | **CRIMINAL NO. 04-381 (DRD)** |

## NOTICE OF PUBLICATION

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, through its undersigned attorneys, and respectfully states:

That on this date plaintiff is filing with this Court an Advertisement Certification Report, Advertisement Copy, and Advertisement Report (Attachment 1), demonstrating that notice was caused to be published for thirty (30) consecutive respectfully on www.forfeiture.gov, an official government internet site, as required by Rule G(4)(a)(iv)(C) of the Supp. R. for Adm. or Mar. Claims and Asset Forfeiture Actions.

The following items were published for thirty (30) consecutive from March 18, 2010 through April 16, 2010 as follows:

A. Cash/Currency in lieu of $14,326,84 Bank Account 085-030023 (05-FBI-000363)
B. Cash/Currency in lieu of $94,097.89 Bank Account #485-052-30 (05-FBI-000364)
C. Cash/Currency in lieu of $4,383.84 Bank Account #2800000919 (05-FBI-000366)
D. Two contiguous tracts of land equaling approximately 10.5 cords (06-FBI-005098)

Notice of Publication
Criminal no. 04-381(DRD)

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 20th day of April of 2010.

        ROSA EMILIA RODRIGUEZ-VELEZ
        United States Attorney

        s/ Miguel A. Fernández
        Miguel A. Fernández
        Assistant United States Attorney
        U.S.D.C.-PR 125106
        Room 1201, Torre Chardon Building
        350 Carlos Chardón Street
        San Juan, PR 00918
        Tel. (787) 766-5656  Fax: (787) 766-6219
        Email: miguel.fernandez@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this same date, April 20th, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system.

        s/ *Miguel A. Fernández*
        Miguel A. Fernández
        Assistant United States Attorney

Attachment 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
COURT CASE NUMBER: 04-0381 (DRD); NOTICE OF FORFEITURE

    Notice is hereby given that on May 07, 2007, in the case of <u>U.S. v. Nelson Acevedo-Cruz et al</u>, Court Case Number 04-0381 (DRD), the United States District Court for the District of Puerto Rico entered an Order condemning and forfeiting the following property to the United States of America:

    Cash/Currency in lieu of $14,326,84 Bank Account 085-030023 (05-FBI-000363), which was seized from Banco Popular on February 02, 2007 at P.O. Box 362708, located in San Juan, PR

    Cash/Currency in lieu of $94,097.89 Bank Account #485-052-304 (05-FBI-000364), which was seized from Banco Popular on February 02, 2007 at P.O. Box 362708, located in San Juan, PR

    Cash/Currency in lieu of $4,383.84 Bank Account #2800000919 (05-FBI-000366), which was seized from Western Bank on February 02, 2007 at P.O. Box 58, located in Mayaguez, PR

    Two contiguos tracts of land equalling approximately 10.5 cuerdas including a two level concrete structure, with seven bedrooms, and a detached multi-level garage Registered Owner Nelson Acevedo-Cruz (06-FBI-005098)

    The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (March 18, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 150 CHARDON STREET FEDERAL OFFICE BLG OFFICE 150, SAN JUAN, PR 00918, and a copy served upon Maritza Gonzalez, TORRE CHARDON SUITE 1201, 350 CARLOS CHARDON STREET, SAN JUAN, PR 00918. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

    Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between March 18, 2010 and April 16, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Nelson Acevedo-Cruz

**Court Case No:** 04-0381 (DRD)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 03/18/2010 | 24.0 | Verified |
| 2 | 03/19/2010 | 23.9 | Verified |
| 3 | 03/20/2010 | 23.9 | Verified |
| 4 | 03/21/2010 | 24.0 | Verified |
| 5 | 03/22/2010 | 24.0 | Verified |
| 6 | 03/23/2010 | 23.4 | Verified |
| 7 | 03/24/2010 | 24.0 | Verified |
| 8 | 03/25/2010 | 24.0 | Verified |
| 9 | 03/26/2010 | 24.0 | Verified |
| 10 | 03/27/2010 | 23.4 | Verified |
| 11 | 03/28/2010 | 24.0 | Verified |
| 12 | 03/29/2010 | 24.0 | Verified |
| 13 | 03/30/2010 | 23.6 | Verified |
| 14 | 03/31/2010 | 23.6 | Verified |
| 15 | 04/01/2010 | 23.6 | Verified |
| 16 | 04/02/2010 | 23.6 | Verified |
| 17 | 04/03/2010 | 23.6 | Verified |
| 18 | 04/04/2010 | 22.5 | Verified |
| 19 | 04/05/2010 | 23.5 | Verified |
| 20 | 04/06/2010 | 23.6 | Verified |
| 21 | 04/07/2010 | 23.6 | Verified |
| 22 | 04/08/2010 | 23.6 | Verified |
| 23 | 04/09/2010 | 23.6 | Verified |
| 24 | 04/10/2010 | 23.6 | Verified |
| 25 | 04/11/2010 | 23.6 | Verified |
| 26 | 04/12/2010 | 23.6 | Verified |
| 27 | 04/13/2010 | 23.6 | Verified |
| 28 | 04/14/2010 | 23.6 | Verified |
| 29 | 04/15/2010 | 23.6 | Verified |
| 30 | 04/16/2010 | 23.6 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.